**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1914

GEISMAR NORTH AMERICA, INC., formerly doing business as Modern Track Machinery, Inc.,

Plaintiff - Appellant,

v.

NPD RESOURCES, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Richard Mark Gergel, District Judge. (9:20-cv-02190-RMG)

Submitted: May 14, 2021                                    Decided: June 15, 2021

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wm. Grayson Lambert, Benjamin E. Nicholson, V, BURR & FORMAN LLP, Columbia, South Carolina, for Appellant. Michael H. Montgomery, MONTGOMERY WILLARD, LLC, Columbia, South Carolina; Payne M. Montgomery, KNOBBE MARTENS OLSEN & BEAR, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Geismar North America, Inc., appeals the district court's order dismissing its amended complaint for lack of personal jurisdiction, Fed. R. Civ. P. 12(b)(2). We have reviewed the record included on appeal as well as the parties' briefs and we find no reversible error. Accordingly, we affirm the district court. *Geismar N. Am. v. NPD Resources, Inc.*, No. 9:20-cv-02190-RMG (D.S.C. Aug. 19, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*